IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLENS FALLS INSURANCE COMPANY, } | |
| } | |
| Plaintiff, } | |
| } | |
| VS. } | CIVIL ACTION NO. H-04-2618 |
| } | |
| SHANDA LYNN McVEY, } | |
| CLAUDIA DAVILA, as Next Friend of } | |
| DANIEL ALMAGUER, and DANIEL } | |
| ALMAGUER } | |
| } | |
| Defendants. } | |

## FINAL SUMMARY JUDGMENT

Pursuant to the opinion and order of summary judgment entered in the above referenced cause on this day, the court

ORDERS that FINAL SUMMARY JUDGMENT is GRANTED in favor of Plaintiff, Glens Falls Insurance Company, against Defendants, Shanda Lynn McVey, Claudia Davila, as Next Friend of Daniel Almaguer, and Daniel Almaguer, on all claims.  Defendants shall bear all costs of court.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, this  28th   day of September, 2007.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE